# AFFIDAVIT OF SERVICE

| Case: 7:18-CV-118 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISON | County: VALDOSTA | Job: 2521119 |
|---|---|---|---|
| **Plaintiff / Petitioner:** BROOKS COUNTY, GEORGIA, | | **Defendant / Respondent:** PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC,; TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC,. CEPHALON, INC,; JOHNSON & JOHNSON; NORAMCO, INC.; JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUYICALS, INC.; ALLERGAN PLC; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC.; MALLINCKRODT PLC; MALLINCKRODT LLC; AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; and McKESSON CORPORATION, | |
| **Received by:** RMG - SERVICES, LLC | | **For:** Conley, Griggs, Partin LLP | |
| **To be served upon:** ACTAVIS PHARMA, INC. | | | |

I, HOLLIS HILL, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ACTAVIS PHARMA, INC., c/o Corporate Creations Network, Inc., by leaving a copy with Gaby Gonzalez who is authorized to accept legal documents, Company: 2985 Gordy Parkway 1st Floor, Marietta, GA 30066

**Manner of Service:** Registered Agent, Aug 8, 2018, 11:20 am EDT

**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES

**Additional Comments:**
1) Successful Attempt: Aug 8, 2018, 11:20 am EDT at Company: 2985 Gordy Parkway 1st Floor, Marietta, GA 30066 received by ACTAVIS PHARMA, INC., c/o Corporate Creations Network, Inc., by leaving a copy with Gaby Gonzalez who is authorized to accept legal documents. Age: 25+; Ethnicity: Hispanic; Gender: Female; Weight: 125; Height: 5'4"; Hair: Brown;

HOLLIS HILL  8/9/2018
Certified Process Server # CPS195

RMG - SERVICES, LLC
P.O. Box 533
Conyers, GA 30012
770-601-4250

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public   8/9/18
Date   Commission Expires 11/9/18